## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | |
| | CASE NO.: 22-11179 |
| TOMMY NGO | |
| | SECTION: "A" |
| DEBTOR | |
| | CHAPTER 7 |

| | |
|---|---|
| CARROLLTON & OAK, LLC | |
| *Plaintiff* | |
| VS | ADVERSARY NO.: 23-01012 |
| TOMMY NGO | SECTION: "A" |
| *Defendant* | CHAPTER 7 |

### EX PARTE MOTION FOR LEAVE OF COURT TO FILE ANSWER AND DEFENSES TO ADVERSARIAL COMPLAINT

**NOW COMES** Defendant Debtor Tommy Ngo, through undersigned counsel, who respectfully moves the court for leave to file the attached Answer, Affirmative Defenses, and FRCP 12(b) defenses to plaintiff's Adversarial Complaint. Apologies are due the Court, and are hereby made, for completing the attached a day beyond the allotted time. It is represented that no prejudice results to Complainant by grant of this motion.

Respectfully submitted,

_____
Justin Asher Zitler (T.A.) Bar #18517

1

>4819 Constance Street
>New Orleans, La 70115
>Phone: 504-782-5206
>E-mail: jazitler@bellsouth.net
>*Attorney for Mr. Tommy Ngo*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of *Ex Parte* Motion for Leave of Court to File Answer and Defenses to Adversarial Complaint, has been served upon all those entitled to receive notification via this Court's CM/ECF notification system.

**I HEREBY CERTIFY FURTHER** that a copy of *Ex Parte* Motion for Leave of Court to File Answer and Defenses to Adversarial Complaint, has this day been served upon Mr. Nidal Jabar, via Michael G. Bagneris: 935 Gravier Street, Suite 2110, New Orleans, Louisiana 70112; E-mail: bagneris@bpajustice.com, by email with a copy of the same on the **13th day of July, 2023**.

New Orleans, Louisiana, **13th day of July, 2023**.

_____
Justin Asher Zitler (T.A.) Bar #18517
4819 Constance Street
New Orleans, La 70115
Phone: 504-782-5206
E-mail: jazitler@bellsouth.net
Attorney for Mr. Tommy Ngo