## Orleans CDC Clerk of Court On-Line Access

## Unsealed Documents for Case No.: 2017-00972 Div. "F", as of November 7, 2023

| AVAIL. DOC. | DATE FILED | DATE ENTERED | FILER | DESCRIPTION OF FILING |
|---|---|---|---|---|
| 1 | 5/24/2023 | 5/24/2023 | C&O | Service of C&O's "Motion to Enforce Reserved Rights" Re: *Pho Bistreaux* |
| 2 | 8/18/23 | 8/21/23 | Nga Nguyen | Memorandum re: *Pho Bistreaux* |
| 3 | 8/21/23 | 8/23/23 | C&O | Reply Memorandum re: *Pho Bistreaux* |
| 4 | 9/27/23 | 9/27/23 | C&O | Ex Parte Continuance of Verite Motion to Unseal Record |
| 5 | 10/11/23 | 10/13/23 | C&O | Exhibits (1233 pp. *in globo*) Re: *Pho Bistreaux* |
| 6 | 10/16/23 | 10/19/23 | Nga Nguyen | Exhibits (5 pp. *in globo*) Re: *Pho Bistreaux* |
| 7 | 11/6/23 | 11/6/2023 | Div. "F" | Judgment on Motion to Unseal Record |

Remaining Number of Record Docket Entries Sealed since September 9, 2022 = 379 documents



EXHIBIT "F"